No. 500. SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES S. A. v. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL., ante, p. 937. Rehearing

denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.